B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Heliplane Aircraft Corporation International** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA HACI** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-1972862** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4850 Orange Avenue, Bay No. 8**<br>**Fort Pierce, FL**<br>ZIP Code **34947** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Saint Lucie** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **286 Thorpe Road**<br>**(personal property in hangar)**<br>**Summerville, SC** |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Heliplane Aircraft Corporation International |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>   Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s):<br>**Heliplane Aircraft Corporation International** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X **/s/ Brad Culverhouse, Attorney At Law, Chtd FL**<br>Signature of Attorney for Debtor(s)<br><br>**Brad Culverhouse, Attorney At Law, Chtd FL 207632**<br>Printed Name of Attorney for Debtor(s)<br><br>**BRAD CULVERHOUSE, ATTORNEY AT LAW, CHARTERED**<br>Firm Name<br><br>**Street Address: 320 South Indian River Drive, Ste. 100**<br>**Fort Pierce, FL 34950**<br><br>Address<br><br>**Email: BradCulverhouseLaw@gmail.com**<br>**772-465-7572**<br>Telephone Number<br><br>**July  1, 2011**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ Eugene W. Ferrel**<br>Signature of Authorized Individual<br><br>**Eugene W. Ferrel**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**July  1, 2011**<br>Date | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Heliplane Aircraft Corporation International**                    Case No.
                                              Debtor(s)                       Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Ben Escorcia**<br>**312 So WC Owen**<br>**Clewiston, FL 33440** | **Ben Escorcia**<br>**312 So WC Owen**<br>**Clewiston, FL 33440** | **Loans** | | 14,624.00 |
| **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | **Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | **Business Debt** | | 664.00 |
| **Discover**<br>**Post Office Box 71084**<br>**Charlotte, NC 28272** | **Discover**<br>**Post Office Box 71084**<br>**Charlotte, NC 28272** | **Business Debt** | | 7,948.00 |
| **Dorchester County Economic Development**<br>**402 N. Main Street**<br>**Attn George Tupper Chairman**<br>**Summerville, SC 29483** | **Dorchester County Economic Development**<br>**402 N. Main Street**<br>**Attn George Tupper Chairman**<br>**Summerville, SC 29483** | **Grant** | | 25,000.00 |
| **Elise Cheng**<br>**7F 3 No 116 Sec 1**<br>**Xiang Shang Rd**<br>**Taichung Taiwan**<br>**40358 ROC** | **Elise Cheng**<br>**7F 3 No 116 Sec 1**<br>**Xiang Shang Rd**<br>**40358 ROC** | **Loan** | **Disputed** | 110,000.00 |
| **George O Keiffer**<br>**286 Thorpe Road**<br>**Summerville, SC 29483** | **George O Keiffer**<br>**286 Thorpe Road**<br>**Summerville, SC 29483** | **Rent** | **Disputed**<br>**Subject to Setoff** | 10,400.00 |
| **H&H Propeller Service Inc**<br>**3439 So Aviation Dr**<br>**Burlington, NC 27215** | **H&H Propeller Service Inc**<br>**3439 So Aviation Dr**<br>**Burlington, NC 27215** | **Over Haul of Propeller** | | 1,360.00 |
| **Kathy Roberts**<br>**11260 Lakeland Cr**<br>**Fort Myers, FL 33913** | **Kathy Roberts**<br>**11260 Lakeland Cr**<br>**Fort Myers, FL 33913** | **Note** | | 12,100.00 |
| **Larry D Riddle**<br>**6731 Circle Dr**<br>**Fort Myers, FL 33905** | **Larry D Riddle**<br>**6731 Circle Dr**<br>**Fort Myers, FL 33905** | **Purchase of Plane** | | 16,850.00 |
| **Leasesource LSI LLC**<br>**PO Box 7861**<br>**New York, NY 10116** | **Leasesource LSI LLC**<br>**PO Box 7861**<br>**New York, NY 10116** | **Lease of Credit Card Machine** | | 771.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Heliplane Aircraft Corporation International**  
　　　　　　　　　Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Nebo Aviation Service LLC<br>28260 Airpark Road Unit 114<br>Punta Gorda, FL 33982 | Nebo Aviation Service LLC<br>28260 Airpark Road Unit 114<br>Punta Gorda, FL 33982 | Avionics work | | 1,489.74 |
| Steve Ramumi Esq<br>Fox & Ramunni PA<br>PO Box 1118<br>Labelle, FL 33975 | Steve Ramumi Esq<br>Fox & Ramunni PA<br>PO Box 1118<br>Labelle, FL 33975 | Legal Services for Corporation | | 5,412.50 |
| Superior Financial Group<br>165 Lennon Lane Ste 101<br>Walnut Creek, CA 94598 | Superior Financial Group<br>165 Lennon Lane Ste 101<br>Walnut Creek, CA 94598 | | | 15,000.00 |
| Wes Ross<br>1943 Lake Buffum Road E<br>Fort Meade, FL 33841 | Wes Ross<br>1943 Lake Buffum Road E<br>Fort Meade, FL 33841 | Labor | | 10,014.39 |

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **July 1, 2011**　　　　　　　Signature **/s/ Eugene W. Ferrel**  
　　　　　　　　　　　　　　　　　　　　**Eugene W. Ferrel**  
　　　　　　　　　　　　　　　　　　　　**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of Florida

In re   **Heliplane Aircraft Corporation International**            ,      Case No. _____

                                Debtor

                                                                            Chapter                **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Eugene W. Ferrell**<br>**1821 North Hwy U S 1**<br>**Fort Pierce, FL 34946** | **Common Voting** | **100 %** | **100%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **July  1, 2011**                              Signature  **/s/ Eugene W. Ferrel**
                                                                 **Eugene W. Ferrel**
                                                                 **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                    18 U.S.C §§  152 and 3571.

**0**     continuation sheets attached to List of Equity Security Holders

```
American Capital Advisors LLC
c/o Barney A Richmond Registered Agent
1150 South US Highway 1
Ste 301
Jupiter FL 33477


American Capital Advisors LLC
LCR Holdings Inc
1150 South US Highway 1 Ste 301
Jupiter FL 33477


American Capital Advisors LLC
KAGE Trust Delaware
622 Beachland Blvd
Vero Beach FL 32963


American Capital Advisors LLC
GKV LLC
c/o Barney A Richmond Registered Agent
1150 South US Highway 1
Jupiter FL 33477


American Capital Advisors LLC
GKV LLC
c/o George Wight Jr Manager
622 Beachland Ste 201
Vero Beach FL 32963


Aventura Equities Inc
225 Industrial Drive
Attn Richard Armstrong, Corp officer Dir
Georgetown SC


Ben Escorcia
312 So WC Owen
Clewiston FL 33440


Capital One
PO Box 30285
Salt Lake City UT 84130


Capital One
Bankruptcy Claims Service
PO Box 85167
Richmond VA 23285-5167
```

Darrell Peterson
Adventura
6300 8th Street
Vero Beach FL 32968


Discover
Post Office Box 71084
Charlotte NC 28272


Discover Business Card
PO Box 3023
New Albany OH 43054


Dorchester County Economic Development
402 N. Main Street
Attn George Tupper Chairman
Summerville SC 29483


Dorchester County Economic Development
402 N. Main Street
Attn Jon Baggett Director
Summerville SC 29483


Duane Ferrel
707 Rocky Shadows Dr
Chattanooga TN 37421


Elise Cheng
7F 3 No 116 Sec 1
Xiang Shang Rd
Taichung Taiwan
40358 ROC


Eugene M Ferrel
8930 60 1/2 Ave N
Minneapolis MN 55428


George O Keiffer
286 Thorpe Road
Summerville SC 29483


H&H Propeller Service Inc
3439 So Aviation Dr
Burlington NC 27215

```
Hon Eric Holder
Attorney General of the United States
Department of Justice Room 4400
950 Pennsylvania Ave NW
Washington DC 20530-0001


Hon Karen Mills Administrator
U S Small Business Administration
Office of the Administrator Wash Off Ctr
409 3rd Street SW Ste 7000
Washington DC 20024-3212


Hon Karen Mills Administrator
U S Small Business Administration
Office of the Administrator
Washington DC 20416


Hon Wifredo A. Ferrer
US Attorney So District of Florida
Attention CIVIL PROCESS CLERK
99 NE 4th Street
Miami FL 33132


Internal Revenue Service
Insolvency Unit
7850 SW 6th Ct
Mail Stop 5730
Plantation FL 33324


Internal Revenue Service
Centralized Insolvency Operations
P O Box 7346
Philadelphia PA 19101-7346


Internal Revenue Service
PO BOX 21126
Philadelphia PA 19114


Kathy Roberts
11260 Lakeland Cr
Fort Myers FL 33913


Larry  D Riddle
6731 Circle Dr
Fort Myers FL 33905
```

Leasesource LSI LLC  
PO Box 7861  
New York NY 10116


Leasesource LSI LLC  
PO Box 7861  
New York NY 10116


Nebo Aviation Service LLC  
28260 Airpark Road Unit 114  
Punta Gorda FL 33982


OK Enterprises Inc  
286 Thorpe Rd  
Summerville SC 29483


Rick Armstrong  
225 Industrial Dr  
Georgetown SC 29440


State of Florida Department of Revenue  
Attn Bankruptcy Unit  
PO Box 6668  
Tallahassee FL 32314-6668


State of Florida Department of Revenue  
POB 6668  
Attn Executive Director  
Tallahassee FL 32314-6668


State of Florida Department of Revenue  
Assistant General Counsel  
3111 N University Drive Ste 501  
Coral Springs FL 33065-5096


Steve Ramumi  Esq  
Fox & Ramunni PA  
PO Box 1118  
Labelle FL 33975


Superior Financial Group  
165 Lennon Lane Ste 101  
Walnut Creek CA 94598

```
U.S. Small Business Administration
Region IV Regional Office
233 Peachtree Street NE Suite 1800
Attn Regional Director
Atlanta GA 30303


U.S. Small Business Administration
Miami District Office
100 S Biscayne Blvd  7th Floor
Attn District Director Franciso Marrero
Miami FL 33131


Wes Ross
1943 Lake Buffum Road E
Fort Meade FL 33841
```